■ LINDA STRAUSS, Respondent, v BABAK SAADATMAND, Appellant. [931 NYS2d 611]—

We decline to disturb the pendente lite award. There is no showing of either exigent circumstances or a failure by Supreme Court to consider the appropriate factors, such as the parties' respective incomes and their preseparation standard of living (*see Mimran v Mimran*, 83 AD3d 550, 550 [2011]; *Ayoub v Ayoub*, 63 AD3d 493, 497 [2009], *appeal dismissed* 14 NY3d 921 [2010]). The record does not support defendant's contention that plaintiff's property assets constituted part of her compensation during the marriage (*compare Isaacs v Isaacs*, 246 AD2d 428, 428-429 [1998]).

Supreme Court providently exercised its discretion in denying defendant's request for sanctions. Plaintiff's commencement of this action in New York does not constitute frivolous conduct (*see* 22 NYCRR 130-1.1; *Granato v Granato*, 51 AD3d 589, 590 [2008]).

We have considered defendant's remaining contentions and find them unavailing. Concur—Gonzalez, P.J., Tom, Sweeny, Renwick and Román, JJ.